8525 120TH AVE N.E.  SUITE # 222
KIRKLAND WA 98033
RETURN SERVICE REQUESTED


**Fidelity Information Corporation**

ꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁ
P6I66R00300005 -507364673 I00007

████████████████
GEORGE GROSSBERGER
182 GRANDVIEW AVE
MONSEY NY 10952-1422

ꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁ
ALARM MONITORING SERVICES
MR. FRANK HAWK C/O CEN COM LEGAL DEPARTMENT
8525 120TH AVE N.E.  SUITE # 222
KIRKLAND WA 98033

January 10, 2017

| Account No: | Total Due: |
|---|---|
| ████████ | $625.30 |
| Creditor: Alarm Monitoring Services | |
| Re: ████████ | |

✂ Detach Upper Portion And Return With Payment ✂

## THIS IS A DEMAND FOR PAYMENT

Dear GEORGE GROSSBERGER,

Your past due account has been referred to Fidelity Information Corporation for collection.  In an effort to give you an opportunity to resolve this delinquency, please send your payment or explanation for non-payment directly to the creditor.

**Send payment or contact the creditor directly at:**

**Alarm Monitoring Services**
**Mr. Frank Hawk c/o Cen Com Legal Department**       Re: ████████
**8525 120th Ave N.E.  Suite # 222**                 ACCT NO : ████████
**Kirkland WA 98033**                                TOTAL DUE : $ 625.30

**PHONE: 206-337-2258**
**FAX: 206-203-8404**
**franklhawk@cencomlegal.com**

**Payment by personal check, money order, or cashiers check may be accepted.**
**Bank and services charges may be assessed on any returned check.**
**To ensure proper credit, please include the account number referenced above.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a reporting agency if you fail to fulfill the terms of your credit obligations.

Unless you notify Fidelity Information Corporation directly within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, Fidelity Information Corporation will assume the debt is valid.  If you make a request to Fidelity Information Corporation directly, in writing within 30 days from receiving this notice, Fidelity Information Corporation will obtain verification of the debt or obtain a copy of the judgment and mail it to you. In addition, if you wish to know the name and address of the original creditor, if different from the current creditor, this information can be provided to you.  Furthermore you understand that this notice is from a debt collection agency offering you an opportunity to settle this delinquency with the creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

To contact the collection agency directly, please write to:
Fidelity Information Corporation
PO Box 3963                    Phone: 818-502-1981
Glendale, CA 91221             Mon-Fri, 8am - 5pm PST

S-SFDIDC10 L-601-80820 A-D2483987694

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

If you notify us in writing that: (I) You wish us to cease contact with you by telephone at your residence or place of employment, then no such further contact by telephone shall be made; (II) You refuse to pay a debt or wish us to cease further communication with you, then we shall not communicate further with you with respect to such debt, except for a written communication: (A) To advise you that our further efforts are being terminated; (B) To notify you that we or the creditor may invoke specified remedies which are ordinarily invoked by us or the creditor; (C) Where applicable, to notify you that we or the creditor intend to invoke a specified remedy permitted by law. If your written notice concerning (I) And/or (II) Above is made by mail, notification shall be complete upon our receipt.

### CALIFORNIA RESIDENTS:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

Note: The above information is not intended to be a complete list of rights consumers may have under State and Federal Law.